DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:   925-516-4058
EMAIL:  deltalawgroup@yahoo.com

Attorneys for Plaintiff
ROBIN FELLDIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN FELLDIN, an individual, | Case No. |
| Plaintiff, | **VERIFIED COMPLAINT FOR DAMAGES** |
| v. | |
| GRANT & WEBER, INC., a Nevada corporation, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## I. INTRODUCTION

1.     As of August 20, 2014, Plaintiff ROBIN FELLDIN had an outstanding medical bill with Sutter Delta Medical Center for $350.06.  On that date, Plaintiff paid the balance, so she owed nothing to Sutter Delta Medical Center.  On August 23, 2014, Plaintiff sent the letter attached to this complaint as Exhibit "1" to Defendant GRANT & WEBER, INC. enclosing proof of full payment and demanding that they not contact her again.

2. On or about December 1, 2014, Defendant GRANT & WEBER, INC. disregarded Plaintiff's written demand that they not contact her, and Defendant sent her the letter attached to this complaint as Exhibit "2". In Exhibit "2", Defendant was attempting to collect an amount which was not authorized by the agreement creating the debt or permitted by law.

3. Plaintiff suffered physical and emotional injury, including severe and substantial emotional distress, and actual damages including but not limited to, anxiety, emotional distress, stress, frustration, loss of concentration, amongst other injuries.

4. This is an action for damages brought by a consumer to redress the Defendant's violations of Fair Debt Collection Practices Act, 15 U.S.C. § 1692 and California's Rosenthal Fair Debt Collection Practices Act, Civil Code Section 1788 et seq. (hereinafter, "state act"), and related common law claims, which prohibit debt collectors from engaging in abusive, deceptive and unfair practices in their collection of consumer debts. In 2000, the California legislature incorporated most of the Federal Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) into the California FDCPA. See Civil Code §1788.17.

5. According to 15 U.S.C. § 1692:

> There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to **invasions of individual privacy.**

## II. JURISDICTION AND VENUE

6. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue

in this District is proper in that Defendant transacts business here and the conduct complained of occurred here.

### III. PARTIES

7. Plaintiff ROBIN FELLDIN (hereinafter "Plaintiff") is a natural person and the letter which is the subject of this action was sent to Plaintiff's address in San Joaquin County, California.

8. On information and belief, Defendant GRANT & WEBER, INC., is a Nevada corporation doing business in Calabasas, California (hereinafter "GRANT"), and in the ordinary course of business regularly attempts to collect debts.

9. Defendant GRANT is a "debt collector" as defined by 15 U.S.C. § 1692a and California Civil Code § 1788.2.

10. At all times mentioned herein, each Defendant was the agent or employee of each of the other Defendants and was acting within the course and scope of such agency or employment. The Defendant is jointly and severally liable to the Plaintiff for its conduct. Defendant approved, authorized and/or ratified the wrongful acts and omissions herein.

11. Any reference hereinafter to "Defendant" or "Defendants" or "GRANT" without further qualification, is meant by Plaintiff to refer to such Defendant named above.

### IV. FIRST CAUSE OF ACTION – ROSENTHAL FDCPA

12. Plaintiff repeats, re-alleges, and incorporates by reference all of the paragraphs above as though fully stated herein.

13. The foregoing acts and omissions by this Defendant with respect to Plaintiff in its attempts to collect a consumer debt from Plaintiff constitutes numerous and multiple unfair,

deceptive, misleading practices made unlawful pursuant to the California Rosenthal Fair Debt Collection Practices Act, including but not limited to Civil Code §§ 1788-1788.32, including §§ 1788.11(e) and 1788.17.

14. Plaintiff is entitled to recover statutory damages, actual damages, reasonable attorney's fees and costs.

## V. THIRD CAUSE OF ACTION - VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692 et seq.

15. Plaintiff repeats, re-alleges and incorporates by reference all other paragraphs.

16. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA, including but not limited to §§ 1692c, 1692c(c), 1692c(a)(1), 1692d, 1692e, 1692e(5), and 1692f.

17. As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to any actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. §1692k(a)(3) from Defendant.

## VI. FOURTH CAUSE OF ACTION – NEGLIGENCE

18. Plaintiff repeats, re-alleges, and incorporates by reference all of the paragraphs above as though fully stated therein.

19. Defendant's outrageous, abusive and intrusive acts as described herein constituted negligent infliction of emotional distress.

20. Plaintiff suffered (1) serious emotional distress, (2) actually and proximately caused by (3) wrongful conduct (4) by a defendant who should have foreseen that the conduct would cause such distress.

21. Defendant's conduct as described herein was wrongful conduct in that the Defendant conducted its business in an abusive, oppressive, and harassing manner.

22. Defendant's actions and omissions as described herein constitute negligence in that Defendant owed Plaintiff a duty of reasonable care in the collection of the alleged debt, and use of the telephone in an attempt to collect such debts, said duties were breached, and said breach was the proximate cause of damages suffered by Plaintiff.

23. Defendant owed a duty to refrain from outrageous and unlawful calls in connection with their attempts to collect a debt.

24. Defendant's actions and omissions demonstrate a conscious disregard of the rights or safety of others, and constitute despicable conduct that subjected Plaintiff to cruel and unjust hardship in conscious disregards of her rights.

25. Plaintiff suffered damages due to Defendant's actions in an amount to be determined at trial.

26. Plaintiff is entitled to punitive damages for the actions and omissions of the Defendant as described herein.

## VII. FIFTH CAUSE OF ACTION – NEGLIGENT TRAINING AND SUPERVISION

27. Plaintiffs incorporate by reference the above paragraphs as though fully stated herein below.

28. Defendant negligently trained and supervised their employees and agents as to the performance of their job duties and as a result of such negligent instruction and supervision, the employees/agents while carrying out their job duties caused injury and damage to Plaintiffs.

29. As a direct and proximate result of Defendant's unlawful conduct, Plaintiffs have suffered damages in an amount to be determined at trial.

30. Defendant acted with oppression, and/or malice, thereby entitled Plaintiffs to punitive damages in an amount to be determined at trial. Defendant acted in a despicable manner and acted with a conscious disregard to the rights of Plaintiffs.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

  A. Statutory and actual damages pursuant to California Civil Code § 1788 et seq.;

  B. Costs and reasonable attorney's fees pursuant to Civil Code § 1788 et seq.;

  C. Actual and punitive damages;

  D. Actual damages pursuant to 15 U.S.C. §1692k(a)(1);

  E. Statutory damages of $1,000.00, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

///
///
///
///
///
///
///

  F. Costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3); and

  G. For such other and further relief as may be just and proper.

DATED: April 24, 2015    Respectfully submitted,

          DELTA LAW GROUP

          BY: _____
          JIM G. PRICE
          Attorneys for Plaintiff
          ROBIN FELLDIN

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

DATED: April 24, 2015    DELTA LAW GROUP

          BY: _____
          JIM G. PRICE
          Attorneys for Plaintiff
          ROBIN FELLDIN

# EXHIBIT "1"

Robin Felldin                                August 23, 2014
2220 Lincoln Blvd.
Tracy, CA 95376
ph# 209-597-5309

To Whom It May Concern at Grant & Weber:

Enclosed is proof of my final payment on my account pertaining to account # 300167872 in the amount of $350.00. I now have a ZERO balance. Please do not contact me again.


Robin Felldin

1

# EXHIBIT "2"

DEPT 745
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICED REQUESTED

#BWNFTZF #GWW5080166014126#

R59- SUT005/050313824/083
ROBIN FELLDIN
2220 LINCOLN BLVD
TRACY CA 95376-2320

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. |
|---|
| CHECK CARD USAGE FOR PAYMENT ☐ VISA   ☐ MC |
| CARD NUMBER | EXP DATE |
| SECURITY CODE (3 digit code on the back of card) | BILLING ZIP CODE |
| SIGNATURE | DATE December 1, 2014 |
| Current Balance: $1,050.02 | Account No: SUT005/050313824/083 | Amount Paid |

Remit To:
GRANT & WEBER
PO BOX 8669
CALABASAS CA  91372-8669

---

✂ Cut Or Fold On Line & Return With Your Payment ✂

For: DELTA MEDICAL CENTER
Our Account No.: 050313824
Client Account No: 000300167872
Call: 620
(888)999-7166 Ext. 7728

Amount:   $1,050.02
Interest:  $0.00
Total:    $1,050.02
Date:     December 1, 2014

Dear Robin Felldin:

Thank you for choosing DELTA MEDICAL CENTER for your healthcare needs.  Your Insurance company has processed their portion of your bill for hospital services.  According to your insurance company the remaining balance is your responsibility.  Please submit the full payment of the balance due at your earliest convenience.

We Have Provided 4 Convenient Ways For You To Pay:

1. Pay on-line at http://rfelldin3aaah.revexpress.com.  Your password is: robi#538
2. Pay by Credit Card, use the form at the top of this letter.
3. Send check or money order in the enclosed envelope.
4. Call our office at (888)999-7166 Ext. 7728 to make an arrangement.

This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.  Grant & Weber may record any or all phone calls.

Sincerely,

G R A N T  &  W E B E R

By:    620
       (888)999-7166 Ext. 7728

GRANT & WEBER
"A Professional Collection Corporation"
26610 West. Agoura Road, Suite 209 ● Calabasas, CA 91302 ● (888)999-7166 Ext. 7728
Member of Experian

GWWR59-1201-538653078-00227-227

## VERIFICATION

I, ROBIN FELLDIN, declare:

I am the Plaintiff in this action. I have read the foregoing document entitled: **VERIFIED COMPLAINT FOR DAMAGES** and know the contents thereof. The same is true of my own knowledge, except as to those matters stated therein on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 4th day of March, 2015, at Brentwood, CA.

_____
ROBIN FELLDIN