1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBIN FELLDIN, an individual,              No.  2:15-cv-0891 WBS AC (TEMP)

12            Plaintiff,

13      v.                                       ORDER

14   GRANT & WEBER, INC., a Nevada
     corporation,
15

16            Defendant.

17

18         On November 16, 2015, plaintiff filed a motion for default judgment and noticed that

19   motion for hearing before the undersigned on December 16, 2015.  (Dkt. No. 17.)  Plaintiff,

20   however, has not filed a proof of service of notice of the motion on the defendant.

21         Accordingly, IT IS HEREBY ORDERED that:

22         1.  The December 16, 2015 hearing of plaintiff's motion for default judgment is continued

23   to **January 13, 2016,** at **10:00 a.m.**, in Courtroom 26 before the undersigned;

24         2.  Plaintiff shall serve defendant with a copy of the notice of motion, the motion and this

25   order; and

26   /////

27   /////

28   /////

1

1        3.  Plaintiff shall file a proof of service on or before January 6, 2016.

2   DATED: December 14, 2015

3   _____
    ALLISON CLAIRE
4   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2