UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN FELLDIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GRANT & WEBER, INC., a Nevada corporation,<br><br>Defendant. | No. 2:15-cv-0891 WBS DB<br><br><br>ORDER |

    The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

    On June 16, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed June 16, 2016 (ECF No. 27) are adopted in full;

2. Plaintiff's October 28, 2015 motion for default judgment, (ECF No. 13), re-noticed for hearing on November 16, 2015, (ECF No. 17), is granted;

3. Default judgment is entered against defendant Grant & Weber, Inc., and in favor of plaintiff in the total amount of $7,435, comprised of an award of $350 in statutory damages pursuant to 15 U.S.C. § 1692c(c), $6,615 in attorney's fees and $470 in costs; and

4. This action is closed.

Dated:  September 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/felldin0891.jo

2