UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
ROOM 4-200
SACRAMENTO, CA  95814

Robin Felldin

               **DEFAULT JUDGMENT**

 v.

               Case No. 2:15-CV-891 WBS DB

Grant & Weber, Inc.

_____

**IT IS ORDERED AND ADJUDGED** default judgment in the total amount of $7,435.00 is hereby ENTERED against defendant:

**Grant & Weber, Inc.**

September 12, 2016

               VICTORIA C. MINOR, CLERK

               By: /s/ L.Reader, Deputy Clerk