EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* After recording, return to:<br>Delta Law Group, A Professional Law Corporation<br>Jim G. Price, Esq., SBN: 119324<br>P.O. Box 1417<br>Brentwood, CA 94513<br>deltalawgroup@yahoo.com<br>TEL NO.: 925-516-4686   FAX NO. (optional): 925-516-4058<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court
STREET ADDRESS: 501 I Street, Room 4-200
MAILING ADDRESS: Same As Above
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Eastern District of California

PLAINTIFF: ROBIN FELLDIN
DEFENDANT: GRANT & WEBER, INC.

CASE NUMBER: 2:15-cv-00891-WBS-DAD

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
[X] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [X] Full satisfaction
      (1) [X] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date):*

2. Full name and address of judgment creditor:*
   Robin Felldin, c/o Jim G. Price, Esq., Delta Law Group, P.O. Box 1417, Brentwood, CA 94513

3. Full name and address of assignee of record, if any:
   N/A

4. Full name and address of judgment debtor being fully or partially released:*
   Grant & Weber, Inc., c/o Dix Law, APLC, 22287 Mulholland Highway, PMB 414, Calabasas, CA 91302

5. a. Judgment entered on *(date):* 9/12/16
   b. [ ] Renewal entered on *(date):*

6. [ ] An  [ ] abstract of judgment  [ ] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded):*

   | COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
   |---|---|---|
   |  |  |  |

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify):*

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: ~~September      , 2017~~
10/17/17

▶ [signature]
(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060, 724.120, 724.250

[ Print this form ]   [ Save this form ]   [ Clear this form ]

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of Contra Costa    )

On October 17, 2017 before me, L A Sodowsky, Notary Public,
      Date                              Here Insert Name and Title of the Officer

personally appeared Jim G. Price
                              Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _LA Sodowsky_
           Signature of Notary Public

L. A. SODOWSKY
Notary Public – California
Contra Costa County
Commission # 2198683
My Comm. Expires Jun 19, 2021

Place Notary Seal Above

———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Acknowledgment Of Satisfaction Of Judgment  Document Date: _____
Number of Pages: 1   Signer(s) Other Than Named Above: —

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907